SCANNED at WVCF and Emailed on
9-9-21 by JG - 1 pages.
(date)   (initials)  (num)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE

CHARLES E. SWEENEY JR.,      CAUSE NO. 2:20-cv-00145-JRS-DLP
Plaintiff,

-vs-

JEREMY T. MULL,
SUSAN POPP, ET. AL.,
CLARK COUNTY, INDIANA.
Defendant[s].

**FILED**
**09/09/2021**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

Comes now, Plaintiff, Charles E. Sweeney Jr., in good faith and respectfully moves that this Honorable Court take judicial notice of the following facts:

1. Defendant, Mull has yet to produce any of the discovery requested by Plaintiff.

2. Prior to receiving discovery it cannot be discerned whether (or not) the Office of the Clark County Prosecutor has a policy or practice that requires Defendant, Mull to personally send the State's answers to motions for post-conviction relief via the United States Postal Service; or if the duty to mail answers to petitioners is delegated to a clerk or administrative assistant.

3. An immunity defense usually depends on the facts of the case, dismissal at the pleading stage is inappropriate. See, *Horstman v. County of Dupage*, 284 F. Supp. 1125, 1133 (N.D. Ill. 2003)

Respectfully submitted,

s/ Charles E. Sweeney Jr.
957595 E-320
WVCF P.O. Box 1111
Carlisle, Indiana 47838

A copy of the foregoing Plaintiff's Motion for Judicial Notice has been served on adverse parties (or their counsel) pursuant to the Court's prisoner e-filing program.

1